IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL DIVISION

WELLS FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC REMIC TRUST SERIES 2010-3,
    Plaintiff

Case No. 2010-58746-CA

vs.

CARMEN TAUFER, ET AL.,
    Defendants

## ORDER ON PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S SECOND MOTION TO VACATE FINAL JUDGMENT OF FORECLOSURE, TO QUASH THE JUDICIAL SALE, FOR RECONSIDERATION AND FOR SANCTION OF DISMISSAL

THIS MATTER came before this Honorable Court upon Plaintiff's Motion to Strike Defendant's Second Motion to Vacate Judgment, and the Court having heard argument of counsel and being duly and sufficiently advised in the premises,

1. Plaintiff's Motion Strike the Defendants Second Motion to Vacate Judgment is hereby, **GRANTED.**

2. Defendant's second Motion which is captioned Objection to Foreclosure, Motion for Sanctions, Motion to Vacate the Summary Judgment and Dismiss Action with Prejudice for Negligence and Misrepresentation by the Plaintiff and its Attorney is DENIED and stricken from the record as a sham pleading.

3. This is the Defendant's second motion for relief under FRCP 1.540 which the first order denying the Motion was entered on May 20, 2014 and no timely motion for rehearing or appeal was filed and the current motion is unfound, unsupported by law of fact and is an abuse of the judicial process.

4. The Court ratifies the judgment entered on March 19, 2014, and confirms that the

**Exhibit "B"**

foreclosure sale of September 18, 2015 and the Certificate of Title shall be issued without further delay. The Clerk of Court will not accept any other pleading filed by the defendant seeking post judgment relief.

5. ~~Defendant and their attorney Alfonso E. Oviedo are hereby sanctioned by this Court for filing a frivioulos plead~~ing. The Court reserve jurisdiction for hearing to impose sanctions as are applicable ~~The Court awards Plaintiff a reasonable attorney fee and reserve jurisdiction for hearing on the same.~~

[handwritten: ATTORNEY OVIEDO DID NOT APPEAR AFTER BEING NOTICED. JM]

5. The Court retains jurisdiction.

DONE AND ORDERED in Chambers, Miami-Dade County, Florida, this 24 day of February, 2015.

_____
Circuit Court Judge

Thomas J. Rebull
Circuit Court Judge

**Conformed Copies To:**

Carmen Taufer
Unknown Spouse of Carmen Taufer
c/o Alfanso E. Ovieo
8370 West Flagler Street, Ste. 10
Miami, FL 33144
Oviedo13@gmail.com

Storm Proof Windows & Doors Inc.
c/o Sylvia Montero, Registered Agent
3611 SW 15 Street
Miami, FL 33145

Unknown Tenant II
a/k/a Ana Aguilar
888 S Douglas Road
Coral Gables, FL 33134

Gary Gassel, Esq.
Law Office of Gary Gassel, P.A.
2191 Ringling Boulevard
Sarasota, Florida 34237
Pleadings@GasselLaw.com

Puerta De Palmas Condominium Assoc., Inc.
c/o Awilda Esteras Esq.
150 W Flagler Street # 27th Floor
Miami, FL 33130
aesteras@srhl-law.com

Unknown Tenant I
a/k/a Juan Romero
888 S Douglas Road
Coral Gables, FL 33134

Carmen Taufer
c/o Martin Hannan, Esquire
9370 SW 72nd Street, Suite A266
Miami, Florida 33173
info@martinhannanpa.com