IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL DIVISION

**WELLS FARGO BANK, N.A., NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY
AS TRUSTEE FOR THE RMAC REMIC
TRUST SERIES 2010-3,**
    Plaintiff

Case No. 2010-58746-CA

vs.

**CARMEN TAUFER, ET AL.,**
    Defendants

_____

## STIPULATION ON DEFENDANT'S SECOND MOTION TO VACATE JUDGMENT, MOTION FOR REHEARING AND PLAINTIFF'S MOTION FOR SANCTIONS

COMES NOW the Plaintiff, WELLS FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC REMIC TRUST SERIES 2010-3 ("Plaintiff"), and Defendant, CARMEN TAUFER ("DEFENDANT"), joined by their undersigned attorney, and file this Stipulation on Defendant's Second Motion to Vacate Judgment and Motion for Rehearing and Plaintiff's Motion for Sanctions and stipulate and agree as follows:

    1.    Defendant's Motion for Rehearing and Second Motion to Vacate Judgment are hereby withdrawn with prejudice.

    2.    Defendant, by this stipulation, agrees to waive all other rights they may have against Plaintiff, its agent, representative and counsel. This stipulation shall never be treated as an admission of liability by any of the parties for any purpose. This stipulation is intended to be a full settlement of said dispute, claim, or cause of action against Plaintiff. Such a release shall act as a discharge of future claims that may arise from the above mentioned dispute whether such claims are currently known, unknown, foreseen or unforeseen as in favor of Plaintiff and against

# Exhibit "D"

the Defendants. The Defendants understand and acknowledge the significance and consequence of such specific intention to release all claims and hereby assume full responsibility for any injuries, damage, losses or liabilities that they may hereafter incur now or in the future.

3. The parties stipulate that the Court should direct the clerk to issue a Certificate of Title immediately and without further hearing.

4. In consideration of the above, Plaintiff hereby agrees to withdraw its request for sanctions and attorney's fees.

5. A signed facsimile of this stipulation shall have the same force as the original.

---

**GARY I. GASSEL, ESQUIRE**
2191 Ringling Boulevard
Sarasota, Florida 34237
Attorney for Plaintiff
Florida Bar No. 500690

**ALFONSO E. OVIEDO, ESQUIRE**
8370 West Flagler Street, Suite 110
Miami, FL 33144
Attorney for Defendant
Florida Bar No. 478172

---

**CARMEN TAUFER**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been duly furnished First Class U.S. Mail to :

Carmen Taufer
c/o Martin Hannan, Esquire
9370 SW 72nd Street, Suite A266
Miami, Florida 33173
info@martinhannanpa.com

Carmen Taufer
c/o Alfonso Oviedo, Esquire
8370 West Flagler Street, Suite 110
Miami, Florida 33144
oviedo13@gmail.com

Puerta De Palmas Condominium Association, Inc., c/o Awilda Esteras Esq.
150 W Flagler Street # 27th Floor
Miami, FL 33130

Unknown Tenant(s) in Possession
888 Douglas Road
Coral Gables, FL 33134

this 9th day of ~~March,~~ 2015.
April

_____ 66425
GARY I. GASSEL, ESQUIRE