CFN: 20150256891 BOOK 29587 PAGE 427
DATE:04/22/2015  10:07:57 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT
IN AND FOR **MIAMI-DADE** COUNTY, FLORIDA
**CIVIL DIVISION**

**WELLS FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC REMIC TRUST SERIES 2010-3,**

    Plaintiff

vs.

Case No.  2010-58746-CA

**CARMEN TAUFER, ET AL.,**

    Defendants

### ORDER APPROVING STIPULATION ON DEFENDANT'S SECOND MOTION TO VACATE JUDGMENT, MOTION FOR REHEARING AND PLAINTIFF'S MOTION FOR SANCTIONS

THIS MATTER came before this Honorable Court upon the parties' Stipulation and the Court having reviewed the same and being duly and sufficiently advised in the premises,

**IT IS ORDERED AND ADJUDGED:**

1. The parties' Stipulation is hereby ratified, approved, and confirmed as set forth herein verbatim.

2. Defendant's Motion for Rehearing and Second Motion to Vacate Judgment is hereby withdrawn with prejudice.

3. The Clerk is hereby directed to issue a Certificate of Title.

4. Plaintiff hereby withdraws its' Motion for Sanctions against Defendant.

5. The parties are hereby directed to comply with all terms and conditions of said Stipulation.

Page 1 of 3



**Exhibit "E"**

6. The Court hereby reserves jurisdiction.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on 04/17/15.

_____
THOMAS J. REBULL
CIRCUIT JUDGE

Thomas J. Rebull
Circuit Court Judge

**No Further Judicial Action Required on THIS MOTION**
**CLERK TO RECLOSE CASE IF POST JUDGMENT**

The parties served with this Order are indicated in the accompanying 11th Circuit email confirmation which includes all emails provided by the submitter. The movant shall IMMEDIATELY serve a true and correct copy of this Order, by mail, facsimile, email or hand-delivery, to all parties/counsel of record for whom service is not indicated by the accompanying 11th Circuit confirmation, and file proof of service with the Clerk of Court.

Signed original order sent electronically to the Clerk of Courts for filing in the Court file.

**Conformed Copies To**

Carmen Taufer
c/o Martin Hannan, Esquire
9370 SW 72nd Street, Suite A266
Miami, Florida 33173
info@martinhannanpa.com

Carmen Taufer
c/o Alfonso Oviedo, Esquire
8370 West Flagler Street, Suite 110
Miami, Florida 33144
oviedo13@gmail.com

Puerta De Palmas Condominium Association, Inc., c/o Awilda Esteras Esq.
150 W Flagler Street # 27th Floor
Miami, FL 33130

Unknown Tenant(s) in Possession
888 Douglas Road
Coral Gables, FL 33134

Gary I. Gassel, Esq.
2191 Ringling Boulevard
Sarasota, Florida 34237